Law Offices of
GEORGE C. BOISSEAU
State Bar Number 75872
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636

Attorney for Defendant
JACOB HINES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-06-0329-JSW |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING ARRAIGNMENT AND IDENTIFICATION OF COUNSEL HEARING |
| JACOB HINES, | |
| Defendant. | |

Upon request of the counsel for defendant, JACOB HINES, by and through defendant's counsel of record, George C. Boisseau, occasioned by the undersigned counsel's jury duty, and agreement of the government, and the United States Pre-Trial Services, and good cause appearing,

It is hereby agreed that defendant's arraignment on the indictment and identification hearing presently scheduled for May 11, 2006, be continued to May 18, 2006, at 9:30 in the morning.

Dated: 5-10-06

_____
GEORGE C. BOISSEAU
Attorney for Defendant
JACOB HINES

1

1 | IT IS SO STIPULATED.
2 | Dated: 5/10/06

*Tracie L B*
TRACIE L. BROWN
Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that defendant's arraignment and identification of counsel hearing on May 11, 2006, be continued to May 18, 2006, at 9:30 in the morning.

IT IS SO ORDERED.

Dated: May 10, 2006

*[Stamp: IT IS SO ORDERED / Elizabeth D. Laporte / Judge Elizabeth D. Laporte — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

ELIZABETH LAPORTE
U.S. Magistrate Judge

1