KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436-6917
   Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-329 JSW |
| Plaintiff, | [PROPOSED] ORDER AND STIPULATION CONTINUING CHANGE OF PLEA HEARING FOR JACOB HINES FROM JULY 20, 2006 TO AUGUST 10, 2006 |
| v. | |
| WILLIAM MULLIGAN, et al. | |
| Defendants. | |

     The government and Defendant Jacob Hines hereby stipulate as follows:

     1. The parties are currently scheduled for a change of plea hearing on July 20, 2006. The government has provided a written plea proposal to counsel for Defendant Hines, but the parties are still negotiating certain details of the plea agreement, and need additional time to finalize the agreement. The parties understand that the Court is not available on Thursday, July 27, and counsel for Defendant Hines' schedule would make a hearing on Thursday, August 3 problematic.

     2. Given these circumstances, as well as the distance between Defendant Hines' residence and the Federal Building, the parties stipulate that the change of plea hearing currently set for July 20, 2006 should be vacated as to Defendant Hines, and rescheduled for August 10,

STIPULATION AND ORDER
CR 06-329 JSW

2006.

    IT IS SO STIPULATED.

DATED: ___7/19/06_____     _____/s/_____
TRACIE L. BROWN
Assistant United States Attorney

DATED: ____7/19/06_____     _____/s/_____
GEORGE BOISSEAU
Attorney for Jacob Hines

IT IS SO ORDERED.

DATED: July 19, 2006     _____
THE HON. JEFFREY S. WHITE
United States Magistrate Judge