1  Law Offices of
   GEORGE C. BOISSEAU
2  State Bar Number 75872
   740 4th Street
3  Second Floor
   Santa Rosa, California 95404
4  Phone: (707) 578-5636

5  Attorney for Defendant
   JACOB HINES
6

7                    UNITED STATES DISTRICT COURT

8
                     NORTHERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,        )   CR-06-0329-JSW
                                    )
11         Plaintiff,               )
                                    )   STIPULATION AND ORDER
12 v.                               )   ~~CONTINUING SENTENCING HEARING~~
                                    )
13 JACOB HINES,                     )   DENYING REQUEST TO CONTINUE
                                    )
14         Defendant.               )
                                    )
15 ─────────────────────────────────

16

17      Upon request of the counsel for defendant, JACOB HINES, by and through defendant's

18 counsel of record, George C. Boisseau, and agreement of the government, and the United States

19 Probation Office, and good cause appearing,

20      It is hereby agreed that defendant's sentencing hearing presently scheduled for November

21 30, 2006, be continued to February 15, 2007, at 2:30 in the afternoon.

22      Dated: 11/28/06

23
                                                    _____
24                                                  GEORGE C. BOISSEAU

25
                                                    Attorney for Defendant
26                                                  JACOB HINES

27

28

                                            1

1   IT IS SO STIPULATED.
2   Dated: 11/28/06

                                            _____
                                            TRACIE L. BROWN
                                            Assistant U.S. Attorney

                                    ORDER

~~GOOD CAUSE APPEARING, it is hereby ordered that defendant's sentencing hearing on November 30, 2006, be continued to February 15, 2007, 2:30 in the afternoon.~~

IT IS SO ORDERED.

Dated: _____

**DENIED**
*Jeffrey S. White*
Judge Jeffrey S. White

                                            _____
                                            HON. JEFFREY S. WHITE
                                            U.S. District Judge

2